FILED
CLERK, U.S. DISTRICT COURT

SEP _ 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAUL DE LA GARZA,<br><br>        Defendant. | NO.: 08-2136M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

based on the fact that there are no known bail resources, and defendant has apparently used multiple aliases and Social Security numbers.

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's three felony convictions, involving drugs and weapons offenses.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 5, 2008

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                          2